**PACIFICORP, d/b/a Pacific Power & Light Company, Petitioner,**

v.

**Lee THOMAS, Administrator, EPA, et al., Respondents.**

Nos. 88–7184, 88–7231.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 6, 1988.

Decided Sept. 8, 1988.

Before BROWNING, WIGGINS, and LEAVY, Circuit Judges.

ORDER

Respondents' motion to dismiss is granted. An EPA notice of violation is not reviewable because it is not a final agency action. *See* 42 U.S.C. § 7607(b)(1983); *Union Electric Co. v. Environmental Protection Agency,* 593 F.2d 299, 304–06 (8th Cir.1979); *West Penn Power Co. v. Train,* 522 F.2d 302, 310–11 (3d Cir.1975); *see also Air California v. United States Department of Transportation,* 654 F.2d 616, 620–21 (9th Cir.1981) (FAA letter warning of possible civil penalties not reviewable as non-final).